**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**SABAL TRAIL TRANSMISSION, LLC,**

    Plaintiff,

v.   Case No: 5:16-cv-215-Oc-CEMPRL

**4.51 ACRES OF LAND IN SUMTER COUNTY FLORIDA, CELESTINO RUIZ, GUSTAVO RUIZ, OCTAVIO RUIZ, DIANE K. ROSENQUIST-KING, CECIL C. KING and UNKNOWN OWNERS**

    Defendants.

## ORDER

Before the Court is Defendants, Celestino Ruiz, Gustavo Ruiz and Octavio Ruiz's motion to withdraw funds from the Court registry. (Doc. 45). Defendant represents that this motion is unopposed. Upon due consideration, Defendants' motion (Doc. 42) is **GRANTED.**

The Clerk shall disburse the principal amount deposited into the Court registry in the amount of $33,000.00 along with any accrued interest to the Brigham Property Rights Law Firm, PLLC, Trust Account, 2963 Dupont Avenue, Suite 3, Jacksonville, Florida 32217-2740. Upon receipt of the funds, Brigham Property Rights Law Firm, PLLC shall disburse such monies to the mortgagees pursuant to the terms of the Mortgage.

**DONE** and **ORDERED** in Ocala, Florida on August 22, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties